# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Petitioner,<br><br>   v.<br><br>JAMES W INGRAM,<br><br>   Respondent. | Case No. 1:16-cv-01663-AWI-SAB<br><br>ORDER DIRECTING OFFICE OF THE CLERK TO SERVE A COPY OF ORDER VACATING FEBRUARY 22, 2017 HEARING ON RESPONDENT<br><br>(ECF No. 12) |

On February 16, 2017, an order issued vacating the hearing set for February 22, 2017 in this action. The Clerk of the Court is DIRECTED to serve a copy of the February 22, 2017 order on James W. Ingram, 1744 E. Caldwell Avenue, Visalia, CA 93292.

IT IS SO ORDERED.

Dated:   **February 16, 2017**

UNITED STATES MAGISTRATE JUDGE

1