MCGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2741
Facsimile:   (916) 554-2900
email: Kelli.L.Taylor@usdoj.gov

Attorneys for Petitioner United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Petitioner,<br><br>       v.<br><br>JAMES W. INGRAM,<br><br>              Respondent. | 1:16-CV-001663-AWI-SAB<br><br>**PETITIONER'S REQUEST FOR CONTINUANCE OF FURTHER HEARING AFTER ARREST AND ORDER**<br><br>**Taxpayer:**<br>**JAMES W. INGRAM**<br><br>**OLD HEARING DATE:**<br><br>**Date:**   March 21, 2018<br>**Time:**   9:30 a.m.<br>**Ctrm:**   7, 6th Floor<br>**Judge;**  Honorable Sheila K. Oberto<br><br>**NEW HEARING DATE:**<br><br>**Date:**   May 2, 2018<br>**Time:**   9:30 a.m.<br>**Ctrm:**   7, 6th Floor<br>**Judge:**  Honorable Sheila K. Oberto |

Petitioner, the UNITED STATES, hereby requests that the Court grant a continuance of the "Further Hearing After Arrest" currently scheduled for Wednesday, March 21, 2018, at 9:30 a.m., in Courtroom No. 7, before the Honorable Sheila K. Oberto.  The additional time is needed in order for

the Taxpayer's POA (Power of Attorney) to prepare the remaining returns taking into consideration that he is in the middle of a busy tax season and he has already filed 1040 returns for 2010-2016.

Dated:  March 19, 2018

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

By:    /s/ Kelli L. Taylor
KELLI L. TAYLOR
Assistant U.S. Attorney
Attorneys for Petitioner
United States

**ORDER**

Petitioner United States of America's request for a continuance is hereby GRANTED. Accordingly, IT IS HEREBY ORDERED that the Further Hearing Following Arrest for Civil Contempt is CONTINUED from March 21, 2018, to Wednesday, May 2, 2018, at 9:30 a.m., in Courtroom No. 7 before Magistrate Judge Sheila K. Oberto.

IT IS FUTHER ORDERED that, no later than five (5) days prior to hearing date, Petitioner SHALL advise the Court whether Respondent has complied with the tax summons and whether a further hearing is necessary. If no hearing is necessary, the Court will vacate the hearing.

IT IS SO ORDERED.

Dated: **March 19, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE